Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Heather J. Zacharia, SBN 280444
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California  94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail:  ron.richman@bullivant.com
          susan.olson@bullivant.com
          heather.zacharia@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> IMPERIAL SHOTCRETE, INC., a California corporation, <br><br> Defendant. | Case No.:  4:16-cv-05220-KAW <br><br> **NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT IMPERIAL SHOTCRETE, INC.** |

Plaintiffs Board of Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, Board of Trustees of the Cement Masons Pension Trust Fund for Northern California, Board of Trustees of the Cement Masons Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Cement Masons Training Trust Fund for Northern California hereby dismiss, without prejudice, this action against defendant Imperial Shotcrete, Inc.

– 1 –

1       Defendant Imperial Shotcrete, Inc. has not appeared in this case.

2   DATED:  October 4, 2016

3                         BULLIVANT HOUSER BAILEY PC

4

5                     By  */s/ Heather J. Zacharia*

                               Heather J. Zacharia

6

7                     Attorneys for Plaintiffs

8

   4852-1093-3306.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT